## H&S MANUFACTURING, INC., Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

### No. 05–5172.

United States Court of Appeals, Federal Circuit.

Aug. 8, 2006.

Before BRYSON, Circuit Judge, ARCHER, Senior Circuit Judge, and LINN, Circuit Judge.

### JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

---

Robert K. COMBS, Petitioner,

v.

## OFFICE OF PERSONNEL MANAGEMENT, Respondent.

### No. 2006–3148.

United States Court of Appeals, Federal Circuit.

Aug. 9, 2006.

### *ORDER*

On June 29, 2006 the court issued an order allowing Robert K. Combs ("Combs") 21 days to submit the supplemental form for prisoners pursuant to Fed. Cir. R. 24(b). Combs has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for review is dismissed.

(2) Each side shall bear its own costs.